**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: LUXMAX, U.S.A.                     §        Case No. 18-10176-ABL
                                         §
                                         §
                                         §
            Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Shelley D. Krohn, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,180.00<br>*(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distributions to Claimants: $2,425,669.88 | Claims Discharged<br>Without Payment: N/A |
| Total Expenses of Administration: $193,257.54 | |

3) Total gross receipts of $2,618,927.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,618,927.42 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $193,257.54 | $193,257.54 | $193,257.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $2,461.66 | $2,461.66 | $2,461.66 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $4,102,601.80 | $12,170,499.99 | $12,172,902.05 | $2,423,208.22 |
| **TOTAL DISBURSEMENTS** | $4,102,601.80 | $12,366,219.19 | $12,368,621.25 | $2,618,927.42 |

4) This case was originally filed under chapter 7 on 01/16/2018.  The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     09/23/2021

By: /s/ Shelley D. Krohn

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BUSINESS CHECKING Account at WELLS FARGO BANK, N.A. 4199 (ATTACHED), xxxxxx4199 | 1129-000 | $2,422.03 |
| CHECKING Account at WELLS FARGO BANK (ATTACHED), xxxxxx3439 | 1129-000 | $353.79 |
| CHECKING Account at WELLS FARGO BANK (ATTACHED), xxxxxx4247 | 1129-000 | $54,406.58 |
| Claim against Full Throttle Films, LLC for cost of goods sold | 1221-000 | $385,706.75 |
| NV Energy - Credit Balance Refund | 1229-000 | $516.20 |
| Other inventory or supplies: INVENTORY - SHOWROOM, 1/2018, Net Book Value: $36,572.00, Valuation Method: Comparable sale | 1229-000 | $100,175.00 |
| Sale of Client List | 1229-000 | $5,000.00 |
| SW Gas - Credit Balance Refund | 1229-000 | $133.82 |
| A/R - Funds Garnished by Constable | 1249-000 | $2,070,213.25 |
| **TOTAL GROSS RECEIPTS** | | **$2,618,927.42** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Shelley D. Krohn | 2100-000 | NA | $101,817.82 | $101,817.82 | $101,817.82 |
| Trustee, Expenses - Shelley D. Krohn | 2200-000 | NA | $449.35 | $449.35 | $449.35 |
| Auctioneer Fees - CRET LLC - Series 2012-2 | 3610-000 | NA | $25,043.75 | $25,043.75 | $25,043.75 |
| Administrative Rent - F.T.R.S. Family Partnership No. 1 | 2410-000 | NA | $1,364.60 | $1,364.60 | $1,364.60 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $7,033.35 | $7,033.35 | $7,033.35 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,195.79 | $1,195.79 | $1,195.79 |
| Attorney for Trustee Fees (Other Firm) - Jeanette E. McPherson | 3210-000 | NA | $37,212.50 | $37,212.50 | $37,212.50 |
| Attorney for Trustee Fees (Other Firm) - Schwartzer & McPherson Law Firm | 3210-000 | NA | $16,645.00 | $16,645.00 | $16,645.00 |
| Attorney for Trustee Expenses (Other Firm) - Jeanette E. McPherson | 3220-000 | NA | $383.38 | $383.38 | $383.38 |
| Attorney for Trustee Expenses (Other Firm) - Schwartzer & McPherson Law Firm | 3220-000 | NA | $112.00 | $112.00 | $112.00 |
| Accountant for Trustee Fees (Other Firm) - Paul M. Healey | 3410-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$193,257.54** | **$193,257.54** | **$193,257.54** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | NEVADA DEPT. OF TAXATION BANKRUPTCY SECTION | 5800-000 | $0.00 | $2,461.66 | $2,461.66 | $2,461.66 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$2,461.66** | **$2,461.66** | **$2,461.66** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | EXPERT CARGO INT'L CO. | 7100-000 | $4,766.40 | $2,383.20 | $2,383.20 | $474.41 |
| 2 | DANIEL MURPHY | 7100-000 | $135,000.00 | $50,000.00 | $52,402.06 | $10,431.46 |
| 3 | DANIEL MURPHY | 7100-000 | $120,000.00 | $35,000.00 | $35,000.00 | $6,967.30 |
| 5 | POLSINELLI PC POLSINELLI LLP IN CALIFORNIA ATTN: ACCOUNTING DEPT./BANKRUPTCY | 7100-000 | $139,069.40 | $53,677.92 | $53,677.92 | $10,685.44 |
| 6 | GALAXIA ELECTRONICS CO., LTD.TIMOTHY B. YOO OF BIRD MARELLA, ET AL. | 7100-000 | NA | $12,029,438.87 | $12,029,438.87 | $2,394,649.61 |
| N/F | CLARK COUNTY ASSESSOR C/0 BANKRUPTCY CLERK | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CLARK COUNTY TREASRUER C/0 BANKRUPTCY CLERK | 7100-000 | $0.00 | NA | NA | NA |
| N/F | DEPT. OF EMPLOYMENT, TRAINING & | 7100-000 | $0.00 | NA | NA | NA |
| N/F | EXPERT CARGO INTL CO. | 7100-000 | $1,220.00 | NA | NA | NA |
| N/F | GALAXIA ELECTRONICS C/0 BIRD, MARELLA, BOXER, WOLPERT, | 7100-000 | $3,700,000.00 | NA | NA | NA |
| N/F | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | NA | NA | NA |
| N/F | SOCIAL SECIRUTY ADMINISTRATION | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | UNITED STATES TRUSTEE | 7100-000 | $0.00 | NA | NA | NA |
| N/F | WELLS FARGO | 7100-000 | $2,546.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$4,102,601.80** | **$12,170,499.99** | **$12,172,902.05** | **$2,423,208.22** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

Case No.:  18-10176-ABL

Case Name:  LUXMAX, U.S.A.

For Period Ending:  09/23/2021

Trustee Name:  (480070) Shelley D. Krohn

Date Filed (f) or Converted (c):  01/16/2018 (f)

§ 341(a) Meeting Date:  02/09/2018

Claims Bar Date:  04/30/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 355.00 | 355.00 | | 0.00 | FA |
| 2 | BUSINESS CHECKING Account at JPMORGAN CHASE BANK, N.A. (ATTACHED), xxxxxx1056 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | BUSINESS CHECKING Account at WELLS FARGO BANK, N.A. 4199 (ATTACHED), xxxxxx4199 | 0.00 | 2,422.03 | | 2,422.03 | FA |
| 4 | CHECKING Account at WELLS FARGO BANK (ATTACHED), xxxxxx4247 | 0.00 | 54,406.58 | | 54,406.58 | FA |
| 5 | CHECKING Account at WELLS FARGO BANK (ATTACHED), xxxxxx3439 | 0.00 | 353.79 | | 353.79 | FA |
| 6 | A/R Over 90 days old. Face amount = $315,464.10. Doubtful/Uncollectible accounts = $315,464.10. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | A/R Over 90 days old. Face amount = $1,148,880.00. Doubtful/Uncollectible accounts = $1,148,880.00. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | A/R Over 90 days old. Face amount = $1,249,743.25. Doubtful/Uncollectible accounts = $1,249,743.25. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Other inventory or supplies: INVENTORY - SHOWROOM, 1/2018, Net Book Value: $36,572.00, Valuation Method: Comparable sale (u) | 75,000.00 | 75,000.00 | | 100,175.00 | FA |
| 10 | DESK AND COMPUTER (INCLUDED IN INVENTORY). (u) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Sale of Client List (u)<br>See ECF 70 approving sale | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 12 | Security Deposit (u)<br>See ECF 59 re: Landlord's claim. No security deposit left after repairs from break in and past due rent is considered. | 0.00 | 3,000.00 | | 0.00 | FA |
| 13 | NV Energy - Credit Balance Refund (u) | 0.00 | 516.20 | | 516.20 | FA |
| 14 | SW Gas - Credit Balance Refund (u) | 0.00 | 133.82 | | 133.82 | FA |
| 15 | Claim against Full Throttle Films, LLC for cost of goods sold (u)<br>Claim filed in Full Throttle BK (18-10837) in DE | 0.00 | 1,148,880.00 | | 385,706.75 | FA |
| 16 | A/R - Funds Garnished by Constable (u) | 0.00 | 2,070,213.25 | | 2,070,213.25 | FA |
| 17 | POTENTIAL LAWSUIT AGAINS ROBERT SCARNECHIA, CIVIL LAWSUIT. Amount Requested: $0.00 (u) | Unknown | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page:  2

**Case No.:**  18-10176-ABL

**Case Name:**  LUXMAX, U.S.A.

**For Period Ending:**  09/23/2021

**Trustee Name:**  (480070) Shelley D. Krohn

**Date Filed (f) or Converted (c):**  01/16/2018 (f)

**§ 341(a) Meeting Date:**  02/09/2018

**Claims Bar Date:**  04/30/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | POTENTIAL LAWSUIT AGAINST RWS MANAGEMENT, INC., CIVIL LAWSUIT. Amount Requested: $0.00 (u) | Unknown | 0.00 | | 0.00 | FA |
| 19 | Other inventory or supplies: INVENTORY - STORAGE UNIT (u)<br><br>Asset disclosed on ECF 23. Assets were brought to showroom and liquidated at same time as showroom asset liquidation by Nellis Auction. | 1,825.00 | 1,825.00 | | 0.00 | FA |
| **19** | **Assets Totals (Excluding unknown values)** | **$77,180.00** | **$3,362,105.67** | | **$2,618,927.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

      4/14/21: TFR submitted to UST. BD
      6/9/21: TFR and NFR filed. Hearing on TFR fee approval set for 7/22/21 @ 11:00 am. Docs sent to Stretto to notice. BD
      7/26/21: See Order #169 approving TFR payments. BD
      8/2/21: Checks mailed to creditors. BD

**Initial Projected Date Of Final Report (TFR):**  01/16/2020          **Current Projected Date Of Final Report (TFR):**  06/03/2021 (Actual)

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| Case No.: | 18-10176-ABL |
| Case Name: | LUXMAX, U.S.A. |
| Taxpayer ID #: | **-***3220 |
| For Period Ending: | 09/23/2021 |

| | |
|---|---|
| Trustee Name: | Shelley D. Krohn (480070) |
| Bank Name: | Mechanics Bank |
| Account #: | ******0000 Checking |
| Blanket Bond (per case limit): | $64,226,286.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/16/18 | {9} | Nellis Auction | Proceeds from sale of business assets | 1229-000 | 88,135.00 | | 88,135.00 |
| 03/19/18 | 101 | CRET LLC - Series 2012-2 | Auctioneer commission paid per Order #28, 2/26/18 | 3610-000 | | 22,033.75 | 66,101.25 |
| 03/26/18 | {11} | Daniel Murphy | Sale of client list | 1229-000 | 5,000.00 | | 71,101.25 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 55.89 | 71,045.36 |
| 04/24/18 | | Wells Fargo Bank | Date of petition bank account balances | | 57,182.40 | | 128,227.76 |
| | {3} | | Date of petition bank account balance $2,422.03 | 1129-000 | | | |
| | {5} | | Date of petition bank account balance $353.79 | 1129-000 | | | |
| | {4} | | Date of petition bank account balance $54,406.58 | 1129-000 | | | |
| 04/24/18 | {14} | Southwest Gas Corporation | Credit Balance Refund | 1229-000 | 133.82 | | 128,361.58 |
| 04/24/18 | {13} | NV Energy | Credit Balance Refund | 1229-000 | 516.20 | | 128,877.78 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 109.87 | 128,767.91 |
| 05/14/18 | 102 | F.T.R.S. Family Partnership No. 1 | Landlord administrative claim paid per Order #59, 5/14/18 | 2410-000 | | 1,364.60 | 127,403.31 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 202.89 | 127,200.42 |
| 06/01/18 | {9} | Nellis Auction | Proceeds from sale of business assets | 1229-000 | 12,040.00 | | 139,240.42 |
| 06/04/18 | 103 | CRET LLC - Series 2012-2 | Auctioneer commission paid per Order #28, 2/26/18 | 3610-000 | | 3,010.00 | 136,230.42 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 189.99 | 136,040.43 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 208.71 | 135,831.72 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 201.88 | 135,629.84 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 104.04 | 135,525.80 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 122.52 | 135,403.28 |
| 03/20/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******8424 | Transition Debit to Metropolitan Commercial Bank acct 3910018424 | 9999-000 | | 135,403.28 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **COLUMN TOTALS** | | | 163,007.42 | 163,007.42 | $0.00 |
| | Less: Bank Transfers/CDs | | | 0.00 | 135,403.28 | |
| | **Subtotal** | | | 163,007.42 | 27,604.14 | |
| | Less: Payments to Debtors | | | | 0.00 | |
| | **NET Receipts / Disbursements** | | | **$163,007.42** | **$27,604.14** | |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 18-10176-ABL | Trustee Name: | Shelley D. Krohn (480070) |
|---|---|---|---|
| Case Name: | LUXMAX, U.S.A. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***3220 | Account #: | ******8424 Checking Account |
| For Period Ending: | 09/23/2021 | Blanket Bond (per case limit): | $64,226,286.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/20/19 | | Transfer Credit from Rabobank, N.A. acct ******0000 | Transition Credit from Rabobank, N.A. acct 5021860000 | 9999-000 | 135,403.28 | | 135,403.28 |
| 05/10/19 | {16} | US Treasury | A/R - Funds garnished by constable | 1249-000 | 2,070,213.25 | | 2,205,616.53 |
| 07/22/19 | 1000 | Jeanette E. McPherson | Attorney Fees paid per Order #124, 7/19/19 | 3210-000 | | 37,212.50 | 2,168,404.03 |
| 07/22/19 | 1001 | Jeanette E. McPherson | Attorney Expenses paid per Order #124, 7/19/19 | 3220-000 | | 383.38 | 2,168,020.65 |
| 07/29/19 | 1002 | Paul M. Healey | Accountant fees paid per Order #129, 7/29/19 | 3410-000 | | 850.00 | 2,167,170.65 |
| 08/12/19 | 1003 | Shelley D. Krohn | Interim Distribution made per Order #131, 8/9/19 | 2100-000 | | 83,250.00 | 2,083,920.65 |
| 08/12/19 | 1004 | Shelley D. Krohn | Interim Distribution made per Order #131, 8/9/19 | 2200-000 | | 13.44 | 2,083,907.21 |
| 08/12/19 | 1005 | NEVADA DEPT. OF TAXATION BANKRUPTCY SECTION | Interim Distribution made per Order #131, 8/9/19 | 5800-000 | | 2,461.66 | 2,081,445.55 |
| 08/12/19 | 1006 | EXPERT CARGO INT'L CO. | Interim Distribution made per Order #131, 8/9/19 | 7100-000 | | 367.41 | 2,081,078.14 |
| 08/12/19 | 1007 | DANIEL MURPHY | Interim Distribution made per Order #131, 8/9/19 | 7100-000 | | 8,078.75 | 2,072,999.39 |
| 08/12/19 | 1008 | DANIEL MURPHY | Interim Distribution made per Order #131, 8/9/19 | 7100-000 | | 5,395.90 | 2,067,603.49 |
| 08/12/19 | 1009 | POLSINELLI PC POLSINELLI LLP IN CALIFORNIA ATTN: ACCOUNTING DEPT./BANKRUPTCY | Interim Distribution made per Order #131, 8/9/19 | 7100-000 | | 8,275.45 | 2,059,328.04 |
| 08/21/19 | | GALAXIA ELECTRONIC | WIRE TO GALAXIA ELECTRONIC | 7100-000 | | 1,854,561.51 | 204,766.53 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 163.64 | 204,602.89 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 327.02 | 204,275.87 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 315.62 | 203,960.25 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 347.73 | 203,612.52 |
| 07/28/20 | 1010 | Paul M. Healey | Accountant fees paid per Order #150, 7/24/2020 | 3410-000 | | 500.00 | 203,112.52 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 336.29 | 202,776.23 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 313.46 | 202,462.77 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 345.21 | 202,117.56 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 323.05 | 201,794.51 |
| 11/03/20 | {15} | VER Technologies Holdco LLC | Distribution - Claim against Full Throttle Films, LLC for cost of goods sold | 1221-000 | 385,706.75 | | 587,501.26 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 804.98 | 586,696.28 |
| 12/21/20 | 1011 | Schwartzer & McPherson Law Firm | Attorneys Fees Paid Per Order #156, 12/21/2020 | 3210-000 | | 16,645.00 | 570,051.28 |
| 12/21/20 | 1012 | Schwartzer & McPherson Law Firm | Attorneys Expenses Paid Per Order #156, 12/21/2020 | 3220-000 | | 112.00 | 569,939.28 |

**Page Subtotals:** $2,591,323.28    $2,021,384.00

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| Case No.: | 18-10176-ABL |
| Case Name: | LUXMAX, U.S.A. |
| Taxpayer ID #: | **-***3220 |
| For Period Ending: | 09/23/2021 |

| | |
|---|---|
| Trustee Name: | Shelley D. Krohn (480070) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******8424 Checking Account |
| Blanket Bond (per case limit): | $64,226,286.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,025.36 | 568,913.92 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 881.34 | 568,032.58 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 849.71 | 567,182.87 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 999.94 | 566,182.93 |
| 04/06/21 | 1013 | Paul M. Healey | Accountant Fees paid per Order #162, 04/02/2021 | 3410-000 | | 650.00 | 565,532.93 |
| 08/02/21 | 1014 | Shelley D. Krohn | 18-10176 LUXMAX, U.S.A. Distribution payment - Dividend paid at 18.24% of $101,817.82; Claim # FEE; Filed: $101,817.82 | 2100-000 | | 18,567.82 | 546,965.11 |
| 08/02/21 | 1015 | Shelley D. Krohn | 18-10176 LUXMAX, U.S.A. Distribution payment - Dividend paid at 97.01% of $449.35; Claim # TE; Filed: $449.35 | 2200-000 | | 435.91 | 546,529.20 |
| 08/02/21 | 1016 | EXPERT CARGO INT'L CO. | 18-10176 LUXMAX, U.S.A. Distribution payment - Dividend paid at 4.49% of $2,383.20; Claim # 99091; Filed: $2,383.20 | 7100-000 | | 107.00 | 546,422.20 |
| 08/02/21 | 1017 | DANIEL MURPHY | 18-10176 LUXMAX, U.S.A. Distribution payment - Dividend paid at 4.49% of $52,402.06; Claim # 2; Filed: $50,000.00 | 7100-000 | | 2,352.71 | 544,069.49 |
| 08/02/21 | 1018 | DANIEL MURPHY | 18-10176 LUXMAX, U.S.A. Distribution payment - Dividend paid at 4.49% of $35,000.00; Claim # 3; Filed: $35,000.00 | 7100-000 | | 1,571.40 | 542,498.09 |
| 08/02/21 | 1019 | POLSINELLI PC POLSINELLI LLP IN CALIFORNIA ATTN: ACCOUNTING DEPT./BANKRUPTCY | 18-10176 LUXMAX, U.S.A. Distribution payment - Dividend paid at 4.49% of $53,677.92; Claim # 71265; Filed: $53,677.92 | 7100-000 | | 2,409.99 | 540,088.10 |
| 08/02/21 | 1020 | GALAXIA ELECTRONICS CO., LTD.TIMOTHY B. YOO OF BIRD MARELLA, ET AL. | 18-10176 LUXMAX, U.S.A. Distribution payment - Dividend paid at 4.49% of $12,029,438.87; Claim # 6; Filed: $12,029,438.87 Voided on 08/10/2021 | 7100-004 | | 540,088.10 | 0.00 |
| 08/10/21 | 1020 | GALAXIA ELECTRONICS CO., LTD.TIMOTHY B. YOO OF BIRD MARELLA, ET AL. | 18-10176 LUXMAX, U.S.A. Distribution payment - Dividend paid at 4.49% of $12,029,438.87; Claim # 6; Filed: $12,029,438.87; Voided: check issued on 08/02/2021 | 7100-004 | | -540,088.10 | 540,088.10 |
| 08/10/21 | 1021 | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. | 18-10176 LUXMAX, U.S.A. Distribution payment - Dividend paid at 4.49% of $12,029,438.87; Claim # 6; Filed: $12,029,438.87 | 7100-000 | | 540,088.10 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 2,591,323.28 | 2,591,323.28 | $0.00 |
| Less: Bank Transfers/CDs | 135,403.28 | 0.00 | |
| **Subtotal** | 2,455,920.00 | 2,591,323.28 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $2,455,920.00 | $2,591,323.28 | |

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | |
|---|---|
| **Case No.:** | 18-10176-ABL |
| **Case Name:** | LUXMAX, U.S.A. |
| **Taxpayer ID #:** | **-***3220 |
| **For Period Ending:** | 09/23/2021 |

| | |
|---|---|
| **Trustee Name:** | Shelley D. Krohn (480070) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******8424 Checking Account |
| **Blanket Bond (per case limit):** | $64,226,286.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0000 Checking | $163,007.42 | $27,604.14 | $0.00 |
| ******8424 Checking Account | $2,455,920.00 | $2,591,323.28 | $0.00 |
| | **$2,618,927.42** | **$2,618,927.42** | **$0.00** |